UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                           Hon. Ray Kent

v.

                                           Case No. 1:18-mj-00152

ELSIE BRIDGET BOSTON,

    Defendant.

_____/

**<u>ORDER</u>**

    Defendant appeared before me on July 10, 2018, with retained counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of her rights, including those attendant to a detention hearing, defendant waived her right to the hearing.  I find that her waiver was knowingly and voluntarily entered.

    Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

    DONE AND ORDERED on  July 10, 2018.


                                                     /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge